UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

GAEDEKE HOLDINGS VII, LTD., and §
GAEDEKE OIL & GAS OPERATING, LLC, §
§
*Plaintiffs*, §
§
v. § Case No.: 3:23-CV-503
§
GREAT AMERICAN INSURANCE CO., §
§
*Defendant*. §

## DEFENDANT'S NOTICE OF REMOVAL

Defendant Great American Insurance Company ("Great American") hereby gives notice of the removal to this Court of the case styled *Gaedeke Holdings VII, Ltd., et al. v. Great American Insurance Company*, Case No. DC-21-01645, from the 162nd District Court of Dallas County, Texas, pursuant to 28 U.S.C. §§ 1332 and 1441(a), *et seq.*, based upon the following grounds:

### The Parties

1. Plaintiff Gaedeke Holdings VII, Ltd. ("GHVII") is a limited partnership with two partners: (1) OGHC Oil & Gas General Partners, Inc. ("OGHC"); and (2) OGHV Invest, LP ("OGHV").[1]

2. OGHC is a Delaware corporation with its principal place of business in Texas.

3. OGHV has four partners: (1) OHOS GmbH ("OHOS"); (2) O1HOM GmbH ("O1HOM"); (3) OGHC Invest GP, Inc. ("OGHC Invest"); and (4) GSJS Foresight Invest LP ("GSJS").

---

[1] The allegations regarding the identities and locations of the plaintiffs and their members and partners set forth in this notice of removal are based on public filings by the relevant entities.

1

4. OHOS is a German entity with its principal place of business in Germany.

5. O1HOM is a German entity with its principal place of business in Germany.

6. OGHC Invest is a Delaware corporation with its principal place of business in Texas.

7. GSJS is a limited partnership with two partners: (1) GP Foresight Invest, LLC ("GP Foresight"); and (2) Steven J. Sanders as Individual Co-Trustee, and BNY Mellon, NA as Administrative Co-Trustee of the Foresight Trust.

8. GP Foresight is a limited liability company, and its members are Steven J. Sanders as Individual Co-Trustee, and BNY Mellon, NA as Administrative Co-Trustee of the Foresight Trust.

9. Steven J. Sanders is an individual domiciled in Texas.

10. BNY Mellon, NA is a nationally chartered bank with its principal place of business in Pennsylvania.

11. Based on the facts stated in paragraphs 1-10 above, GHVII is a citizen of Texas, Delaware, Pennsylvania, and Germany for jurisdictional purposes.

12. Plaintiff Gaedeke Oil & Gas Operating, L.L.C. ("GOGO") is a limited liability company with one member, Gaedeke Energy, LLC ("Gaedeke Energy").

13. Gaedeke Energy is a limited liability company with one member, Gaedeke Group, LLC ("Gaedeke Group").

14. Geadeke Group is a limited liability company with three members: (1) Gaedeke Management, Inc. ("Gaedeke Management"); (2) Sabine Gaedeke Stener; and (3) Gaedeke Holdings II, Ltd. ("GHII").

15. Gaedeke Management is a Delaware corporation with its principal place of business in Texas.

16. Sabine Gaedeke Stener is an individual domiciled in Texas.

17. GHII is a limited partnership with four partners: (1) Gaedeke Liegenschaftenverwaltung; (2) Heidi Gaedeke; (3) Sabine Gaedeke Stener; and (4) Gaedeke Investments, Inc. ("Gaedeke Investments").

18. Gaedeke Liegenschaftenverwaltung is a German entity with its principal place of business in Germany.

19. Heidi Gaedeke is an individual domiciled in Texas.

20. Gaedeke Investments is a Delaware corporation with its principal place of business in Texas.

21. Based on the facts stated in paragraphs 12 through 20 above, GOGO is a citizen of Texas, Delaware, and Germany for jurisdictional purposes.

22. Defendant Great American Insurance Company is an Ohio corporation with its principal place of business in Ohio.

23. Based on the facts stated in paragraph 22 above, Great American is a citizen of Ohio for jurisdictional purposes. 28 U.S.C. § 1332(c)(1).

## Procedural Background

24. On February 3, 2023, GHVII and GOGO filed a petition against Great American in the 162nd District Court of Dallas County, Texas, styled *Gaedeke Holdings VII, Ltd., et al. v. Great American Insurance Company*, Case No. DC-21-01645.

25. Great American accepted service of the complaint and a citation issued by the state court on February 13, 2023.

26. Copies of the petition and citation are attached hereto as Exhibit 1.

27. The petition alleges that Great American breached a crime protection insurance policy by not making an insurance payment in excess of $2,000,000.

28. The petition alleges that GHVII and GOGO has suffered damages in an amount no less than $2,000,000. (Pet., Ex. 1 at ¶ 40.)

**Basis for Removal**

29. This action is removable under 28 U.S.C. § 1441(a) because this Court has original jurisdiction based on diversity of citizenship under 28 U.S.C. § 1332(a).

30. The amount in controversy exceeds $75,000, exclusive of interest and costs. (Pet., Ex. 1 at ¶ 40.)

31. This action is between "citizens of different states and in which citizens or subjects of a foreign state are additional parties" for purposes of 28 U.S.C. § 1332(a)(3) because Great American is a citizen of Ohio, and the plaintiffs are citizens of Texas, Delaware, Pennsylvania, and Germany.

**Venue**

32. Venue is proper in this Court under U.S.C. § 1441(a) because the district of this Court embraces Dallas County, Texas, the place where the Plaintiffs filed the lawsuit.

**Procedural Requirements for Removal**

33. This notice of removal is timely filed under 28 U.S.C. § 1446(b) because it is being filed within thirty days of February 13, 2023, the date on which Great American was first served, and within one year of commencement of this action on February 3, 2023.

34. As required by 28 U.S.C. § 1446(a), true and correct copies of all documents served on Great American are attached to this notice as Exhibit 1.

35. Great American is the only defendant named in the petition, so the consent of other defendants is not required. *See* 28 U.S.C. § 1446(b)(2)(A).

36. A copy of this Notice of Removal will be promptly filed with the clerk of the state court from which this lawsuit was removed and will also be served on plaintiffs' counsel.

37. Great American does not intend to waive any defenses it may have by filing this notice of removal.

DATED: March 6, 2023.　　　　　　　　　Respectfully submitted,

**GREAT AMERICAN INSURANCE COMPANY**

/s/ Paul W. Simon

Paul W. Simon
Simon | Paschal PLLC
5300 Town and Country Blvd., Suite 155
Frisco, TX 75034
Direct: (972) 893-9342
Fax: (972) 893-9350
Email: Paul@SimonPaschal.com

Michael A. Graziano
ECKERT SEAMANS CHERIN & MELLOTT, LLC
1717 Pennsylvania Ave., N.W., 1200
Washington, DC 20006
(202) 659-6671
(202) 659-6699 [Fax]
mgraziano@eckertseamans.com

*Counsel for defendant*