# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

Gaedeke Holdings VII, Ltd., et al.
Plaintiff

v.

Great American Insurance Company
Defendant

3:23-CV-503

Civil Action No.

## CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

Great American Insurance Company

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*Please separate names with a comma. Only text visible within box will print.*

American Financial Group, Inc.

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma. Only text visible within box will print.*

Gaedeke Holdings VII, Ltd., OGHC Oil & Gas General Partners, Inc., OGHV Invest, LP, OHOS GmbH, O1HOM GmbH, OGHC Invest GP, Inc., GSJS Foresight Invest LP, GP Foresight Invest, LLC, Steven J. Sanders as Individual Co-Trustee, and BNY Mellon, NA as Administrative Co-Trustee of the Foresight Trust, Gaedeke Oil & Gas Operating, LLC, Gaedeke Energy, LLC, Gaedeke Group, LLC, Gaedeke Management, Inc., Sabine Gaedeke Stener, Gaedeke Holdings II, Ltd., Gaedeke Liegenschaftenverwaltung, Heidi Gaedeke, Gaedeke Investments, Inc., Great American Insurance Company, American Financial Group, Inc.

| | |
|---|---|
| Date: | March 6, 2023 |
| Signature: | /s/ Paul W. Simon |
| Print Name: | Paul W. Simon |
| Bar Number: | 24051160 |
| Address: | 5300 Town & Country Blvd., Ste. 155 |
| City, State, Zip: | Frisco, Texas 75034 |
| Telephone: | (972) 893-9342 |
| Fax: | (972) 893-9350 |
| E-Mail: | paul@simonpaschal.com |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil => Other Documents => Certificate of Interested Persons/Disclosure Statement.